**Order entered November 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01211-CV

### OPTIMAL BLUE, L.L.C., Appellant

### V.

### VANTAGE PRODUCTION, L.L.C., Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02838-2014**

## ORDER
Before Justices O'Neill, Lang and Brown

By order dated September 25, 2014 the Court ordered Exhibits A-17, A-18, A-19, A-20, A-21, A-22, A-23, A-24, A-25, A-26, and A-27 located under Tab 7 of the record filed in support of Appellant's Motion for Emergency Temporary Relief to be treated by the Clerk as a confidential file while the trial court considered the parties' motion for a sealing order complying with Rule 76a of the Texas Rules of Civil Procedure. The parties have now obtained a sealing order that complies with Rule 76a of the Texas Rules of Civil Procedure. Accordingly, we **STRIKE** the Record for Motion for Emergency Temporary Relief filed by Optimal Blue L.L.C. in support of its Motion for Emergency Temporary Relief. We **ORDER** Optimal Blue L.L.C. to

file **WITHIN FIVE (5) DAYS OF THE DATE OF THIS ORDER** a sealed record including only the documents included as Exhibits A-17, A-18, A-19, A-20, A-21, A-22, A-23, A-24, A-25, A-26, and A-27 located under Tab 7 of the Record for Motion for Emergency Temporary Relief and to file **WITHIN FIVE (5) DAYS OF THE DATE OF THIS ORDER** any other documents in support of its Motion for Emergency Temporary Relief in an unsealed record.

/s/    MICHAEL J. O'NEILL
         JUSTICE